*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 23, 2015                    518998
_____

In the Matter of JAHMEL CLARK,
                    Appellant,

       v
                                        MEMORANDUM AND ORDER

NEW YORK STATE DEPARTMENT OF
    CORRECTIONS AND COMMUNITY
    SUPERVISION,
                    Respondent.
_____

Calendar Date:   February 24, 2015

Before:   Peters, P.J., Garry, Devine and Clark, JJ.

                        _____


       Jahmel Clark, Wallkill, appellant pro se.

       Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                        _____


       Appeal from that part of a judgment of the Supreme Court
(McDonough, J.), entered May 6, 2014 in Albany County, which
dismissed petitioner's application, in a proceeding pursuant to
CPLR article 78, to review a determination of the Commissioner of
Corrections and Community Supervision which found petitioner
guilty of violating a prison disciplinary rule.

       Judgment affirmed.  No opinion.

Peters, P.J., Garry, Devine and Clark, JJ., concur.


ORDERED that the judgment is affirmed, without costs.




ENTER:


Robert D. Mayberger
Clerk of the Court